1  DEBRA W. YANG
   United States Attorney
2  JACQUELINE CHOOLJIAN
   Assistant United States Attorney
3  Chief, Criminal Division
   JENNIFER A. CORBET (SBN 208241)
4  Assistant United States Attorney
        1500 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-3752
        Facsimile: (213) 894-3713
7
   Attorneys for Plaintiff
8  United States of America

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 4 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 02-248-TJH |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING |
| v. | ) |
| | ) Current Date: 3/24/03 |
| CHRISTOPHER BLAINE CAREY, | ) |
| | ) Requested Date: 7/28/03 |
| Defendant. | ) |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Christopher Blaine Carey, through his counsel of record Joseph E. Rowland, hereby stipulate and request that sentencing in this matter be continued from Monday, March 24, 2003 until Monday, July 28, 2003, at 10 a.m. This continuance is at the request of defendant, who is currently

//
//
//
//

ENTER ON ICMS
MAR 2 5 2003

1  in a treatment program and wishes to have additional time to
2  remain in the program and obtain a report for the Court regarding
3  his progress. Defendant would then file his sentencing
4  memorandum no later than July 14, 2003.

                                          Respectfully submitted,

                                          DEBRA W. YANG
                                          United States Attorney

DATED: March 21, 2003
                                          _____
                                          JENNIFER A. CORBET
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          United States of America


DATED: _____, 2003
                                          _____
                                          JOSEPH E. ROWLAND

                                          Attorney for Defendant
                                          Christopher Blaine Carey


[PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby orders that the sentencing of Christopher Blaine Carey be continued until July 28, 2003 at 10 a.m., and that defendant's sentencing memorandum is to be served on the United States Probation Officer and government counsel no later than July 14, 2003.

IT IS SO ORDERED.

DATED: 3/24/03
                                          _____
                                          HONORABLE TERRY J. HATTER JR.
                                          United States District Judge

2

Mar 21 2003 9:32AM The Law Office of Joseph 714 368-0400 p.3
Case 2:02-cr-00248-TJH Document 36 Filed 03/24/02 Page 3 of 4 Page ID #:3
MAR-20-2003 15:59 US ATTORNEYS 213 894 3713 P.03

1  in a treatment program and wishes to have additional time to
2  remain in the program and obtain a report for the Court regarding
3  his progress. Defendant would then file his sentencing
4  memorandum no later than July 14, 2003.

Respectfully submitted,

DEBRA W. YANG
United States Attorney

DATED: _____, 2003

_____
JENNIFER A. CORBET
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: 3/21, 2003

_____
JOSEPH E. ROWLAND

Attorney for Defendant
Christopher Blaine Carey

[PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby orders that the sentencing of Christopher Blaine Carey be continued until July 28, 2003 at 10 a.m., and that defendant's sentencing memorandum is to be served on the United States Probation Officer and government counsel no later than July 14, 2003.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE TERRY J. HATTER JR.
United States District Judge

# CERTIFICATE OF SERVICE

I, <u>JOAN MOON</u>, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION TO CONTINUE SENTENCING**

service was:

| | |
|---|---|
| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [x] Placed in a sealed envelope for collection and mailing via U.S. Mail, addressed as follows: |
| [X] By hand delivery addressed as follows: | [ ] By facsimile as follows: |
| [ ] By messenger as follows: | [ ] By federal express as follows: |
| **JOSEPH E. ROWLAND, ESQ.**<br>**17592 Irvine Blvd., Suite 204**<br>**Tustin, California 92780** | **KELLY WATSON, ESQ.**<br>**U.S. PROBATON OFFICE**<br>**312 North Spring St., 6th Floor**<br>**Los Angeles, California 90012** |

This Certificate is executed on March 21, 2003, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
JOAN MOON