# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

*ORIGINAL* (stamp) — SEND — SCANNED

| Case No. | CR 02-248-TJH | Date | MARCH 29, 2004 |
|---|---|---|---|

Present: The Honorable **TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE PRESIDING**

Interpreter: N/A

| YOLANDA S. RODRIGUEZ | DAWN BULLOCK | JENNIFER CORBERT |
|---|---|---|
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. CHRISTOPHER BLAINE CAREY | NOT | | X | 1. JOSEPH E. ROWLAND | | X | X |

**Proceedings:** FUR HRG RE SENTENCING

Cause called and appearances made as stated above. Court and counsel confer.

Based on the statements made on the record, the Court continues this matter to April 9, 2004 at 10:00 a.m.



ENTERED CL ICMS — APR -5 2004

cc: USPO
    PSA
    USM

| CR0-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk YSR |
|---|---|---|